IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMENA WILLIAMS                                                                  PLAINTIFF

v.                             Cause No. 4:19-cv-04043

TRI-STATE LODGING
INC., et al                                                                     DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 2. The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on April 23, 2019 (ECF No. 1) and a copy of this order on Defendants by serving Defendants at the follow addresses:

Tri-State Lodging, Inc.
1130 East Interstate 30
Rockwall, TX 75087
Attn: Dahyabhai Patel

Motel 6-Texarkana
4300 N. State Line Ave
Texarkana, AR 71854

without prepayment of fees and costs or security thereof. Defendant is ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 25th day of April 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE