IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMENA WILLIAMS                                                                          PLAINTIFF

v.                                    Case No. 4:19-cv-4043

TRI-STAE LODGING, INC. and
MOTEL 6—TEXARKANA                                                                    DEFENDANTS

## **ORDER**

Before the Court is a Joint Stipulation of Dismissal filed by the parties. ECF No. 17. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. The parties note that they have reached an agreement that resolves all claims against all defendants. Accordingly, this action is **DISMISSED WITH PREJUDICE**. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 18th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge